UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY MILLER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C R BARD INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-02324-SK<br><br>**ORDER OF SUA SPONTE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Jon S. Tigar to determine whether it is related to *Nava v. C R Bard Inc., et al.*, Case No. 19-cv-05675-JST.

**IT IS SO ORDERED**.

Dated: April 16, 2020

_____
SALLIE KIM
United States Magistrate Judge