UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANNE R ANBERG,<br><br>  Plaintiff,<br><br>  v.<br><br>C R BARD INCORPORATED, et al.,<br><br>  Defendants. | Case No. 21-cv-01259-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Nava v. C R Bard Incorporated,* 19-cv-05675-JST.

**IT IS SO ORDERED.**

Dated: March 3, 2021

THOMAS S. HIXSON
United States Magistrate Judge